UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:20-cv-11274-NMG

BACK BEACH NEIGHBORS COMMITTEE,

    Plaintiff

v.

TOWN OF ROCKPORT,

    Defendants

MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT

      Plaintiff Back Beach Neighbors Committee ("Plaintiff" or the "Committee"), an unincorporated entity representing a group of residents of the Town of Rockport, brings this Complaint to compel Defendant Town of Rockport ("Defendant or "Town") to enforce rules and regulations against scuba divers who use Back Beach a public beach that is located across from or near Committee members homes. In its Amended Complaint, the Committee brings claims against the Town for: 1) the violation of the Equal Protection Clause of the United States Constitution, 2) private nuisance; 3) the violation of Article VI of the Commonwealth of Massachusetts Declaration of Rights ("Conferral of Benefit"); 4) declaratory judgment; 5) ten taxpayer relief pursuant to G.L. c. 40, § 53; 6) the violation of the Sunday Day of Rest Law G.L. c. 136, §§ 2 and 3; and 7) public nuisance.

      The Town hereby requests that this Court dismiss all of the Committee's claims against the Town for failure to a claim. The Town submits the accompanying memorandum of law in support of its motion to dismiss.

2

                Respectfully submitted by,

                DEFENDANT,

                By its attorneys,

                /s/ Deborah I. Ecker
                Deborah I. Ecker (BBO# 554623)
                Matthew V. Sirigu (BBO# 704166)
                KP Law, P.C.
                101 Arch Street, 12th Floor
                Boston, MA  02110-1109
                (617) 556-0007

Date:  September 25, 2020        decker@k-plaw.com
733466/METG/1161                msirigu@k-plaw.com

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2) of the United State District Court for the District of Massachusetts, I hereby certify that I spoke to Plaintiff by telephone conference on August 24, 2020, with respect to the Motion to Dismiss.

/s/ Deborah I. Ecker

## CERTIFICATE OF SERVICE

I, Deborah I. Ecker, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.

/s/ Deborah I. Ecker

Dated: September 25, 2020