UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


BACK BEACH NEIGHBORS COMMITTEE,    )
    )
        Plaintiff,    )
    v.    )        CIVIL ACTION
    )        NO. 20-11274-JGD
TOWN OF ROCKPORT,    )
    )
        Defendant.    )


## **JUDGMENT**

DEIN, U.S.M.J.

In accordance with this Court's Memorandum of Decision and Order granting

defendant's Motion for Summary Judgment dated May 27, 2022, Judgment is hereby entered

for the defendant on all remaining Counts of the Amended Complaint.

ROBERT M. FARRELL,
CLERK OF COURT


/ s / Katherine Thomson
By:  Deputy Clerk

DATED:  June 3, 2022